FILED
October 19, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                             )<br>                    Plaintiff,          )<br>v.                                                        )<br>                                                             )<br>LEONARDO TAPIA,                       )<br>                                                             )<br>                    Defendant.       ) | CASE NUMBER: 2:11-mj-00313-KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Leonardo Tapia</u>; Case <u>2:11-mj-00313-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    \_\_   Unsecured Appearance Bond in the amount of $

    \_\_   Appearance Bond with 10% Deposit

    <u>X</u>   Appearance Bond in the amount of $100,000 *partially* secured by real property, co-signed by Tranquilino Roman, Yuri Martinez and Austino Tapia

    \_\_   Corporate Surety Bail Bond

    <u>X</u>   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on    <u>10/19/11</u>    at <u>11 45 Am</u>.

By _____

Kendall J. Newman
United States Magistrate Judge