William Bonham, Bar no. 55478
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118

Attorney for defendant
LEONARDO TAPIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>SCHWEDER et. al.,<br><br>             Defendants. | No.   2:11-CR-00449-KJM<br><br>**APPLICATION FOR ORDER FOR RELEASE OF PASSPORT, EXONERATION OF BOND AND RECONVEYANCE** |

   Defendant LEONARDO TAPIA hereby applies for an order for return of his passport and exoneration of bond.

   An Indictment filed October 20, 2011 charged Mr. Tapia and multiple co-defendants with conspiracy to manufacture at least 1,000 marijuana plants.

   On October 18, 2011, Mr. Tapia was released on a $100,000 bond secured by the property of Tranquilino Roman, located at 23172 Hamilton Avenue, Geber, CA, 96035 (deed no. 2011012595). Pursuant to the conditions of his release, Mr. Tapia surrendered his passport on October 20, 2011.

   On February 10, 2016, the government filed a Superseding Information charging Mr. Tapia with conspiracy to manufacture and

1  distribute at least 50 marijuana plants.  That same day, Mr.
2  Tapia waived indictment and pled guilty to count 1 of the
3  Superseding Information pursuant to a plea agreement.
4      On November 30, 2016, the Court sentenced Mr. Tapia to time
5  served and 24 months supervised release and ordered him to pay a
6  $100 special assessment and a $1,000 fine.
7      As a result, Mr. Tapia now applies for an order to exonerate
8  the bond and reconvey the deed of the property securing that bond
9  back to Mr. Roman and for release of his passport.

Dated: December 16, 2016          By:/s/ William Bonham
                                  WILLIAM BONHAM

                                  Counsel for defendant
                                  LEONARDO TAPIA

**ORDER**

It is hereby ordered that the property bond securing defendant Leonardo Tapia's release in the above-captioned case be exonerated and that deed for the property located at 23172 Hamilton Avenue, Geber, CA, 96035 be reconveyed back to Tranquilino Roman.  It is further ordered that the district court clerk's office return Mr. Tapia's passport to him, his attorney, William Bonham, or his representative.

Dated:   December 19, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE