**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Kimberly J. Mueller  **RE:** **Leonardo Tapia**
United States District Judge  **Docket Number:  0972 2:11CR00449-013**
Sacramento, California  **PERMISSION TO TRAVEL**
 **OUTSIDE THE COUNTRY**

Your Honor:

Leonardo Tapia is requesting permission to travel to Puerto Vallarta, Mexico.  Leonardo Tapia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 30, 2016, Leonardo Tapia was sentenced for the offense(s) of 21 U.S.C. 846 and 841(a)(1) – Conspiracy to Manufacture and Distribute At Least 50 Marijuana Plants (Class C Felony).

**Sentence Imposed:**  Time Served – 15 days custody Bureau of Prisons, 24 month Term of Supervised Release; $1,000 fine; $100 special assessment; DNA collection; No firearms; Mandatory drug testing.

**Dates and Mode of Travel:**  Airplane travel each way. May 24, 2017 through June 5, 2017.

**Purpose:**  Mr. Tapia has been asked to be the best man in his friend's wedding.  Mr. Tapia recently married himself.  He and his wife plan on celebrating their marriage during this time as well.

1

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE: Leonardo Tapia**
   **Docket Number: 0972 2:11CR00449-013**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Toni Ortiz

Toni M. Ortiz
Supervising United States Probation Officer

Dated:   April 17, 2017
         Roseville, California
         TMO:jc

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

DATED:  April 19, 2017.

_____
UNITED STATES DISTRICT JUDGE