# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | **RE: Leonardo Tapia**<br>**Docket Number:  2:11CR00449-013**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Leonardo Tapia is requesting permission to travel to Cancun, Mexico. Mr. Tapia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 30, 2016, Mr. Tapia was sentenced for the offense(s) of 21 U.S.C.  846 and 841(a)(1) – Conspiracy to Manufacture and Distribute at Least 50 Marijuana Plants (Class C Felony).

**Sentence Imposed:** Time served – 15 days custody Bureau of Prisons; 24 month Term of Supervised Release; $1,000 fine; $100 special assessment; DNA collection; No firearms; Mandatory drug testing. Special Conditions: Search; Financial disclosure; Drug and alcohol treatment; Drug and alcohol testing; Copayment for treatment services; Drug registration.

**Dates and Mode of Travel:** Airplane travel each way. April 12, 2018 through April 22, 2018.

**Purpose:** Mr. Tapia and his wife would like to take a belated honeymoon vacation.

**RE:   Leonardo Tapia**
     **Docket Number:  2:11CR00449-013**
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*Toni M Ortiz*

Toni M. Ortiz
Supervising United States Probation Officer

Dated:   March 20, 2018
         Roseville, California
         TMO:jc

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

DATED:   March 21, 2018.

_____
UNITED STATES DISTRICT JUDGE